UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.08-13205
HON. PATRICK J. DUGGAN

DISABLED PATRIOTS OF AMERICA, INC., ET.AL,

      Plaintiff(s),

-V-

GENERAL GROWTH PROPERTIES, INC.

      Defendant(s).
_____/

ORDER OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on December 21, 2009.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

On December 1, 2009, this Court sent a request to counsel for Plaintiff requesting counsel return a form indicating that either Plaintiff has no objection to case being dismissed or, Plaintiff objects to the dismissal and advises the Court as to the status of the bankruptcy of Defendant . The request also informed counsel that failure to respond will result in a dismissal without prejudice.  The Court has received no response from Plaintiff; therefore

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager